UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Maria Franco

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 9807

Defendant ___Maria Franco___ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or ___ teleconferencing:

_✓_  Initial Appearance Before a Judicial Officer

_☒_  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_✓_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

___Maria Franco___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Maria Franco___
Print Defendant's Name

___Jeff Chabrowe___
Defendant's Counsel's Signature

___Jeff Chabrowe___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 23, 2020
Date

___[signature]___
U.S. District Judge/U.S. Magistrate Judge